

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-49,967-02

### EX PARTE JAMES RAY WILLIAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 16-00083A-422-F IN THE 422nd DISTRICT COURT
### FROM KAUFMAN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of assault of two family members within a twelve month period causing bodily injury and sentenced to imprisonment for ten years. No direct appeal was taken.

Applicant's grounds one through four are dismissed because they were waived as part of the plea agreement in this case. *Ex parte Reedy*, 282 S.W.3d 492 (Tex. Crim. App. 2009). After a review of the record, Applicant's ineffective assistance of trial counsel claim in ground five is denied.

Filed: November 15, 2017
Do not publish